# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145650

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 145650
                                     COA: 310287
TODD MICHAEL PINK,                   Macomb CC: 2010-002942-FC
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 19, 2012 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Earl* (Docket No. 145677) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013                  _____
                                       Clerk

s0422